AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the

FILED
2023 APR -4 AM 10:31
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

TROY DEMETRIU WRIGHT
_Petitioner_

v.

Case No. 5:23-cv-222-SPC-PRL
_(Supplied by Clerk of Court)_

WARDEN, FCC COLEMAN-USP-1
_Respondent_
_(name of warden or authorized person having custody of petitioner)_

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: TROY DEMETRIU WRIGHT
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: FEDERAL CORRECTIONAL COMPLEX-USP 1
   (b) Address: P.O. BOX 1033 COLEMAN, Florida 33521-1033

   (c) Your identification number: 22976-171
3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
     If you are currently serving a sentence, provide:
     (a) Name and location of court that sentenced you: U.S. District Court, South Carolina Division
     (b) Docket number of criminal case: 5:11-CR-795 (001-MBS)
     (c) Date of sentencing: 7-26-2012
   ☐ Being held on an immigration charge
   ☐ Other (explain): ___

Page 2 of 10

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☑ Other (explain): _Violation of program statement pertaining denial of visits without justification._

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: _Federal Bureau of Prisons Coleman - USP-1 P.O. 1033 Coleman, Florida 33521-1033_

   (b) Docket number, case number, or opinion number: _Appeal No. 1120770-A1_

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): _Appeal Denied, due to no justification or disciplinary sanction charge._

   (d) Date of the decision or action: _11-22-2022_

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☑ Yes    ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _Central office Administrative Appeal. (F.B.O.P)_

   (2) Date of filing: _8-23-2022_

   (3) Docket number, case number, or opinion number: _Case No. 1120770-A1_

   (4) Result: _Denied_

   (5) Date of result: _11-22-2022_

   (6) Issues raised: _Violation of program statement pertaining no justification or disciplinary hearing was given for the reason to terminate visits_

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal:

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes  ☒ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: _N/A_
   (2) Date of filing: _N/A_
   (3) Docket number, case number, or opinion number: _N/A_
   (4) Result: _N/A_
   (5) Date of result: _N/A_
   (6) Issues raised: _N/A_

   (b) If you answered "No," explain why you did not file a second appeal: _WAS in TRANSFER PROCESS_

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes  ☒ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: _N/A_
   (2) Date of filing: _N/A_
   (3) Docket number, case number, or opinion number:
   (4) Result: _N/A_
   (5) Date of result: _N/A_
   (6) Issues raised: _N/A_

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: _WAS in transfer process._

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes    ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes    ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:           N/A
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes    ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:           N/A
(5) Date of result:
(6) Issues raised:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: F.B.O.P. issue.

11. **Appeals of immigration proceedings**

    Does this case concern immigration proceedings?

    ☐ Yes      ☒ No

    If "Yes," provide:

    (a) Date you were taken into immigration custody: _____
    (b) Date of the removal or reinstatement order: _____
    (c) Did you file an appeal with the Board of Immigration Appeals?

    ☐ Yes      ☐ No

    If "Yes," provide:
    (1) Date of filing: _____
    (2) Case number: _____
    (3) Result: _____
    (4) Date of result: _____
    (5) Issues raised: _____

    N/A

    (d) Did you appeal the decision to the United States Court of Appeals?

    ☐ Yes      ☐ No

    If "Yes," provide:
    (1) Name of court: _____
    (2) Date of filing: _____
    (3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: N/A

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes      ☒ No

If "Yes," provide:

    (a) Kind of petition, motion, or application: _____
    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: _____
    (e) Result: _____
    (f) Date of result: _____
    (g) Issues raised: N/A

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Challenging the way my incarceration is being carried out pertaining indefinitly cancelation of my visits from family and friends without Justification.

Page 7 of 10

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

while housed at U.S.P. MCCREARY I was allowed a special visit in order to receive my visit privileges back after an investigation involving visits from another individual in which concluded I had nothing to do with said investigation. Due to the facts that I have never received a disciplinary sanction for violating any visits, rules or regulation clearly shows that, (SEE continued ground one)

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes    ☐ No

**GROUND TWO:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☐ No

**GROUND THREE:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes     ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A.

### Request for Relief

15. State exactly what you want the court to do: To properly investigate the issue and correct the way the F.B.O.P. is handling the way my visits are being handled and to reinstate my visit privilege due to no justification on why said visits are suspended.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

3-24-2023.

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 3-24-2023

_Troy D. Wright_
Signature of Petitioner

_N/A_
Signature of Attorney or other authorized person, if any

# ATTACHMENT

A- contenued Ground one

B- Administrative Remedy No. 1120770-A1.

(Contenued Ground one)

Ground one: Challenging the way my incarceration is being carried out pertaining cancelation of my visits from family and friends "without" Justification.

(a) supporting facts: while housed at U.S.P. McCreary USP I was allowed a special visit in order to receive my visit privileges back after an investigation involving visits from another individual in which concluded I had nothing to do with said investigation. Due to the facts that I have never received a disciplinary sanction for violating any visit rules or regulations clearly shows. That my visit privileges should have never been taken away.

(Please note:) that durring the process at USP. McCreary I was transfered to FCI williamsburg and most of my legal material and grevances process records has been lost durring my transfer. Also, I was then transfered to FCC coleman USP-1 and tried to resolve this issue but to no avail has any of my Administrative remedies been answered.

The record would show that I had a special visit with Pamela Benjamin, and the purpose of that visit was to start the process of having my visits reinstated.

But as stated, durring my transfer the process was not completed and now I'm being told that my visits are suspended peramently.

This error of record needs to be addressed through a higher court due to my administrative remedies are being ignored.

Attachment - B.

TROY DEMETRIU WRIGHT, 22976-171
WILLIAMSBURG FCI     UNT: UNIT 3     QTR: Z01-112UDS
P.O. BOX 220
SALTERS, SC 29590

DEC 05 2022

**Administrative Remedy No. 1120770-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal, where you challenge the denial of your visitor from your visiting list. Specifically, you claim the Warden at your previous facility was going to reinstate visiting privileges as evidenced by the approved special visit. For relief, you request your visitor be approved.

We have reviewed documentation relevant to your appeal and, based on the information gathered, concur with the manner in which the Warden and Regional Director addressed your concerns at the time of your Request for Administrative Remedy and subsequent appeal. Program Statement 5267.08 <u>Visiting Regulations</u> states, the Warden must establish controls in developing and administering visiting regulations and may restrict inmate visiting when necessary to ensure the security and good order of the institution. The approval of visiting privileges falls within the discretionary authority of the Warden. The Warden adequately addressed your complaint and explained why your visitor is denied being added to your visiting list. You provide no new information to show staff members acted contrary to established policy and procedures or outside the scope of their duties.

Accordingly, your appeal is denied.

| | |
|---|---|
| 11/22/2022 | *A. Connors* |
| Date | Ian Connors, Administrator |
| | National Inmate Appeals |

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Wright, Troy D.    22976-171    3AU    FCI Williamsburg
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL** It was clearly stated to me by Warden Gomez and while being housed at USP McCreary that after the special visit that my visiting privilege would be reinstated. That was the specific reason for the approval of the special visit. Before that could happen I was transfered here to FCI Williamsburg. I just want would I could and had earned back before my transfer happened. It is in black and white that I had a special visit and the purpose of that special visit was to start the process of having my visit reinstated. Please review the facts stated in my request and respond as soon as possible!

8-23-2022
DATE

Troy D. Wright
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
AUG 29 2022
Administrative Remedy Section
Federal Bureau of Prisons

_____    _____
DATE                          GENERAL COUNSEL
ORIGINAL: RETURN TO INMATE    CASE NUMBER: 1120770-A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____    _____    _____    _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____    _____
DATE                          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
JUNE 2002